UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CIVIL ACTION NO. 07-360-KSF

GENESIS MEDICAL IMAGING, INC.                                                                 PLAINTIFF

v.                                                   **ORDER**

PERRY M. DEMARS and
PMD SERVICES, LLC                                                                              DEFENDANT

\* \* \* \* \* \* \* \* \* \* \*

This matter is before the Court upon the motion of the plaintiff, Genesis Medical Imaging, Inc., for preliminary injunction. DE # 11. The motion was filed on November 16, 2007; however, it does not contain a proposed order as required by the local rules. *See* Local Rule 7.1(e). The defendants, Perry M. Demars and PMD Services, LLC, have failed to file any response opposing the motion.

Accordingly, the Court being fully and sufficiently advised, hereby ORDERS as follows:

(1)   WITHIN 5 DAYS of entry of this order, the plaintiff shall file a Notice of Filing, attaching an appropriate proposed order; and

(2)   WITHIN 10 DAYS of entry of this order, the defendants shall file a response to the plaintiff's motion for preliminary injunction.

This the 7th day of January, 2008.



Signed By:
*Karl S. Forester*  KSF
**United States Senior Judge**