UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION

| | | |
|---|---|---|
| GENESIS MEDICAL IMAGING, INC. | ) | CASE NO.5:07-cv-00360 |
| | ) | JUDGE FORESTER |
| PLAINTIFF | ) | ELECTRONICALLY FILED |
| vs. | ) | AGREED ORDER OF DISMISSAL |
| PERRY M. DEMARS | ) | |
| and | ) | |
| PMD SERVICES LLC | ) | |
| DEFENDANTS | ) | |

Plaintiff, Genesis Medical Imaging, Inc., and Defendants Perry M. DeMars and PMD Services LLC, having reached an agreement on the settlement of this case ("Settlement Agreement"), hereby submit this Agreed Order as follows:

1. The Permanent Injunction remains in place as previously ordered by the Court on September 5, 2008.

2. The claim for damages is dismissed, with prejudice, based upon the settlement reached by the parties.

3. This Court retain jurisdiction over enforcement of the Permanent Injunction and the Settlement Agreement.

Done this _____ day of November, 2008.

_____
Judge Karl S. Forester
United States District Court

HAVE SEEN AND AGREED:

By: /s/ Denise H. McClelland

Denise H. McClelland
FROST BROWN TODD LLC
250 West Main Street, Suite 2700
Lexington, Kentucky 40507-1749
(859) 244-7540 - telephone
(859) 231-0011 – fax
COUNSEL FOR PLAINTIFF


By /s/ William K. Fulmer
William K. Fulmer, Esq.
7389 Florence Pike
Burlington, Kentucky 41042
COUNSEL FOR DEFENDANTS Perry M. DeMars and PMD Services, LLC

LEXLibrary 0112853.0551322 378120v2