UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

| | | |
|---|---|---|
| GENESIS MEDICAL IMAGING, INC. | ) | CASE NO.5:07-cv-00360 |
| | ) | JUDGE FORESTER |
| PLAINTIFF | ) | ELECTRONICALLY FILED |
| vs. | ) | **AGREED ORDER OF DISMISSAL** |
| PERRY M. DEMARS | ) | |
| and | ) | |
| PMD SERVICES LLC | ) | |
| DEFENDANTS | ) | |

Plaintiff, Genesis Medical Imaging, Inc., and Defendants Perry M. DeMars and PMD Services LLC, having reached an agreement on the settlement of this case ("Settlement Agreement"), hereby submit this Agreed Order as follows:

1. The Permanent Injunction remains in place as previously ordered by the Court on September 5, 2008.

2. The claim for damages is dismissed, with prejudice, based upon the settlement reached by the parties.

3. This Court retains jurisdiction over enforcement of the Permanent Injunction and the Settlement Agreement.

Done this 3rd day of November, 2008.



**Signed By:**

**_Karl S. Forester_** KSF

**United States Senior Judge**

HAVE SEEN AND AGREED:

By: /s/ Denise H. McClelland
Denise H. McClelland
FROST BROWN TODD LLC
250 West Main Street, Suite 2700
Lexington, Kentucky 40507-1749
(859) 244-7540 - telephone
(859) 231-0011 – fax
COUNSEL FOR PLAINTIFF

By /s/ William K. Fulmer
William K. Fulmer, Esq.
7389 Florence Pike
Burlington, Kentucky  41042
COUNSEL FOR DEFENDANTS Perry M. DeMars and PMD Services, LLC

LEXLibrary 0112853.0551322 378120v2